19919. SHEPPARD *v.* BURNS.

BLOODWORTH, J. There is some evidence to support the finding of the jury, and "whenever there is any evidence, however slight, to support a verdict which has been approved by the trial judge, this court is absolutely without authority to control the judgment of the trial court."

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED NOVEMBER 12, 1929.

*H. Mercer Jordan,* for plaintiff.
*Anderson, Cann & Cann,* for defendant.